**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:        Brodreck Hearne v. The State of Texas

Appellate case number:   01-12-00243-CR

Trial court case number:  1330405

Trial court:                       230th District Court of Harris County

The Texas Code of Criminal Procedure provides, in part: "If a criminal action or proceeding is . . . appealed, an officer of the court shall certify and sign a bill of costs stating the costs that have accrued and send the bill of costs to the court to which the action or proceeding is . . . appealed." *See* TEX. CODE CRIM. PROC. ANN. § 103.006 (West 2006).

The District Court Clerk is ORDERED to file a supplemental clerk's record with the Clerk of this Court that contains the following document: a certified and signed bill of costs. *See* TEX. CODE CRIM. PROC. ANN. § 103.006.

The supplemental clerk's record is to be filed with the Clerk of this Court by March 1, 2013.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                              ☑ Acting individually     ☐ Acting for the Court

Date: February 13, 2013